# EXHIBIT B

## PORTUS v. Motorola Mobility LLC
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Binatone Electronics International Ltd. provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Binatone Electronics International Ltd. provides MBP855 Connect / VM855 Connect series; Motorola Halo+ (MBP944CONNECT) deployed within a home (user premises) and connected to Hubble app services for remote monitoring/control) for remote access of user premises networks located in respective user premises,<br><br><br><br>Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20rechargeable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | Manufactured, distributed or sold by Binatone Electronics International LTD., official licensee for this product. MOTOROLA and the Stylized M logo are trademarks or registered trademarks of Motorola Trademark Holdings, LLC. and are used under license. Apple logo and Safari are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Google Play, Android, and Chrome are trademarks of Google Inc. Wi-Fi is a trademark of the Wi-Fi Alliance. Internet Explorer and Windows are trademarks of the Microsoft group of companies. Firefox is a registered trademark of the Mozilla Foundation. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated. Java is a registered trademark of Oracle and/or its affiliates. All other trademarks are the property of their respective owners. © 2017 Motorola Mobility LLC. All rights reserved.<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead_pdf |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
|  | ▶ Motorola MBP8 Digital Audio Baby Monitor System<br><br>**Certifications & Resources**<br><br>Source: https://device.report/motorola/mbp8 |

**Certifications & Resources**

| Device Name | Model | Certification Type | Certification Date |
|---|---|---|---|
| MBP8 | MBP8 | ERAC [E] | 2019-09-23 |
| ▶ ERAC Certification Details |  |  |  |
| Motorola MBP854CONNECT Dual Mode Baby Monitor with 4.3-Inch LCD Parent Monitor and Wi-Fi Internet Viewing 4.3" Screen - 1 Camera | MBP854CONNECT | Specs | N/A |
| 4.3" Wi-Fi Video Baby Monitor | 4.3 Wi-Fi Video Baby Monitor, MBP846CONNECT, MBP846CONNECT-2, MBP846CONNECT-3, MBP846CONNECT-4 | User Guide | 2020-04-25 |
| 5" Portable Digital Video Baby Monitor With Wi-Fi | motorola, Portable Digital Video Baby Monitor, MBP855CONNECT, MBP855CONNECT-2, MBP855CONNECT-3, MBP855CONNECT-4 | User Guide | 2017-02-10 |
| WiFi Camera | MBP88CONNECT, WiFi Camera | User Guide | 2017-08-04 |
| MBP855CONNECT 5 Inch Wi-Fi Video Baby Monitor | MBP855BU, VLJ-MBP855BU, VLJMBP855BU, MBP855CONNECT 5 Inch Wi-Fi Video Baby Monitor, MBP855CONNECT, 5 Inch Wi-Fi Video Baby Monitor | User Guide | 2020-12-15 |

Source: https://device.report/motorola/mbp8

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |
| [57A] a first network (a) located external to said user premises, (b) | The system includes a first network (Hubble app server network) located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Hubble app server to |

| U.S. Patent No. 8,914,526 | **<u>Infringing System</u>** |
|---|---|
| including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | manage accounts, device registration, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Hubble app/ the control panel of the parent unit screen)<br><br>The hubbleconnected.com site is operated by Exclusive Group LLC dba Binatone North America (referred to as "Binatone/we/our/us"), a company registered in the United States of America under company EIN 26-3962116 and with its registered office at 11550 North Meridian Street, Suite 525, Carmel, IN 46032, North America.<br><br>The Products are offered to consumers through the hubbleconnected.com eCommerce platform for products offered by Binatone Electronics International Limited ('BEIL'), an official MOTOROLA licensee. The MOTOROLA products on the Service are provided by BEIL and the Service is operated and supported by Binatone North America. The product catalogue is kept up-to-date to ensure that this Service has the most current information about the products found on this Website, sourced directly from BEIL. As a part of the Service materials will be translated into languages other than English and provided for reference to users of the Website.<br><br>Source: https://hubbleconnected.com/policies/terms-of-service |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/hubble-connected-for-motorola/id796352577 |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 22) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | **Important guidelines for installing your Baby Monitor**<br><br>• To use your Video Monitor Baby and Parent Units together, you must be able to establish a radio link between them, and the range will be affected by environmental conditions.<br>• Any large metal object, like a refrigerator, a mirror, a filing cabinet, metallic doors or reinforced concrete between the Baby and Parent Unit may block the radio signal.<br>• The signal strength may also be reduced by other solid structures, like walls, or by radio or electrical equipment, such as TVs, computers, cordless or mobile phones, fluorescent lights or dimmer switches.<br>• Use of other 2.4 GHz products, such as wireless networks (Wi-Fi® routers), Bluetooth™ systems, or microwave ovens, may cause interference with this product, so keep the Baby Monitor at least 5 feet away from these types of products, or turn them off if they appear to be causing interference<br>• If the signal is weak, try moving the Parent and/or the Baby Unit to different positions in the room(s).<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 5) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user | The system includes a plurality of second arrangements (the MBP855 Connect deployed in users' homes), the MBP855 Connect deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access. Each MBP855 Connect is part of the user premises network and participates in network access under local control and Hubble app cloud coordination. |

| U.S. Patent No. 8,914,526 | **<u>Infringing System</u>** |
|---|---|
| premises network of the respective user premises; | **5.3    Set up the camera**<br><br>Connect the Wi-Fi® camera (baby unit) to the power adaptor, then plug into the wall socket. The camera must be within range of the Wi-Fi® router with which you want to connect. Make sure the password of the router is available for entering during the in-app setup process.<br><br>The following table shows the meanings of different LED connection status.<br><br>**State** — **LED indication**<br>Pair / Setup — Flashes blue and red<br>Connected — Solid blue<br>Video streaming — Flashes blue<br><br>**5.3.1    Set up user account and camera on your devices**<br>You will need:<br>• Wi-Fi® camera (baby unit)<br>• Power adaptor for the camera<br>• Device with Android™ system version 7.0 and above, or<br>• iPhone®/iPad® with iOS version 10.0 and above<br><br>Source: https://motorolanursery.com/media/i3em0w2d/vm855-connect-ug-en-eu-us-v4.pdf<br><br>(page 22) |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections | The first circuitry arrangement (Hubble server (Hubble app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Hubble app to Access camera )<br><br>Upon authenticated remote access, Hubble server establishes network communications with the registered camera (add a camera to your account) over the Internet/home Wi-Fi path to control the camera. |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| to said second circuitry arrangements;; | 2. Install the App on your device.<br><br>**5.3.4  Sign up or log in to the App**<br>1. Ensure that your smart device is connected to your Wi-Fi® router.<br>2. Follow the on-screen instructions to run and sign up or log in to the APP.<br><br>**5.3.5  Add a camera to your account**<br>1. Log in to the APP.<br>2. Tap **Devices**, and then tap ✚ on the device screen to add a new camera.<br>3. Tap (your baby monitor model's name) to add the new camera.<br>4. Select and enter the password of your Wi-Fi® network and then tap **Next**.<br>5. Power on the camera.<br>6. Press and hold **PAIR** at the bottom of the camera. The LED flashes blue and red.<br>7. Tap **Continue** on your device when you hear the voice prompt '**Ready for pairing**'.<br>8. Tap **Generate QR code** on your device and hold the QR code 15 cm to 30 cm in front of the camera to get scanned till you will hear a confirmation message '**Pairing success**' from your device.<br>9. Tap **Complete** when it is successfully connected. It may take a few minutes<br><br>Source: https://motorolanursery.com/media/i3em0w2d/vm855-connect-ug-en-eu-us-v4.pdf  (page 23) |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and | The user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks<br><br>User operates the mobile app (access browser) to reach the server  and access camera information/streams and settings; user interaction (selecting device/live view) triggers access to service endpoints (URLs). |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| said user premises networks; | **5.5.2    Overview of the Features on Hubble App**<br><br>| ≡ | Menu | • Tap **Cameras** 📷 to access the camera list.<br>• Tap **Event Log** 📋 to access the video record list that is triggered by Motion or Sound detection.<br>• Tap **Account** 👥 to access user **Profile**, subscription **Plan**, **Notifications** setting, **Remote Connection Setting** and **About Hubble** |<br>| 📷 | Photo/Video | • Take a photo or record a video from your Camera.<br>• Tap the Video icon 🎬 to activate Video function. Tap and hold the red button 🔴 to start recording and release to stop.<br>• Tap the Camera icon 📷 to switch to Camera mode. You can capture photos from Camera view.<br><br>*NOTE*<br>*Photos and videos will be stored in the internal flash memory of your smart device, and can be accessed via the Gallery or Media Player (Android^TM Device). To play videos, please use the Hubble App.* |<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32) |

| | |
|---|---|
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (camera) is accessible (controlled/ monitored) by the first circuitry arrangement (Hubble app)<br><br>Once a camera is registered to a user account, the Hubble server can remotely access that camera for monitoring and control functions through the Hubble app .<br><br>### 5.4.4  Add the Camera to your account<br>· Tap ⚙ on the top right corner of the screen to add camera. (Picture i2)<br><br><br><br>i2<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 28) |
| [57F] responsive to user-input of a URL in accordance with which said user access | When a user accesses a camera (via UI selections that cause the client to access service URL/URI endpoints), Hubble Server rely on authorization data (Hubble account login and device registration) to determine which registered device (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, |

| | |
|---|---|
| browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; <br><br> User signs in to Hubble server with account credentials; the server uses authorization data (account identity) to determine which registered camera (Camera ID detected) and thus which user premises network the user may monitor/control. <br><br> · The following will appear on the screen. Select the Camera ID detected on your iOS® device and tap **Connect.** (Pictures i4, i5) <br><br>   <br> i4      i5 <br><br> · Name the location of your Camera Unit and tap **Continue.** (Pictures i6, i7) <br><br>   <br> i6      i7 <br><br> Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 29) |
| [57G] initiates an establishment of a network connection to | Upon authorized access (e.g., using Hubble app to access camel, Hubble server establishes network communications with the specific registered camera to access camera state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that |

| | |
|---|---|
| said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | temporarily interconnect Hubble server and the specific user premises network during the access/control transaction.<br><br>Upon remote user interaction, Hubble server communicates with the in-premises camera over the network path to: send control commands and obtain data from camera.<br><br>**5.5.2  Overview of the Features on Hubble App**<br><br>| ≡ | Menu | • Tap **Cameras** 📷 to access the camera list.<br>• Tap **Event Log** 📄 to access the video record list that is triggered by Motion or Sound detection.<br>• Tap **Account** 👥 to access user **Profile**, subscription **Plan, Notifications** setting, **Remote Connection Setting** and **About Hubble** |<br>| 📷 | Photo/Video | • Take a photo or record a video from your Camera.<br>• Tap the Video icon 🎞 to activate Video function. Tap and hold the red button 🌸 to start recording and release to stop.<br>• Tap the Camera icon 📷 to switch to Camera mode. You can capture photos from Camera view.<br>*NOTE*<br>*Photos and videos will be stored in the internal flash memory of your smart device, and can be accessed via the Gallery or Media Player (Android^TM Device). To play videos, please use the Hubble App.* |<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32) |
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the | Obtains information (temperature) contained within the user premises network from the second circuitry arrangement of the determined user premises network. |

| | | |
|---|---|---|
| determined user premises network; and | **Temperature Measure** | The temperature reading from the temperature sensor at the back of the Camera Unit will display on the screen of your Android™ device. The readings will turn RED if the temperature goes beyond the High/Low temperature that was set in your Account. |

Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 33)

| | |
|---|---|
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(Hubble server), serves to the user access browser(Hubble app) the information from the second circuitry arrangement of the determined user premises network; <br><br> Hubble server serves the obtained monitoring information from the second circuitry arrangement of the determined user premises network to the user access device (mobile app / parent unit UI). |



Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings.

| | |
|---|---|
| [57J] the communications session provides a seamless access to information stored on | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in the Hubby app as direct, immediate access to camera information/controls (i.e., the user experiences the in-premises camera as accessible "remote viewing from smartphone"). |

| | |
|---|---|
| said determined one of said user premises networks from said user access browser; and | <br><br>Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Hubble remote monitoring/control is performed through the Hubble app, which displays video derived from the camera, and accepts user commands based on that displayed information. |

| | |
|---|---|
| interaction with information served by said one of said second circuitry arrangements. | <br><br>Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |

### 5.5.2    Overview of the Features on Hubble App

| | | |
|---|---|---|
| ☰ | Menu | • Tap **Cameras** 📷 to access the camera list.<br>• Tap **Event Log** 🗐 to access the video record list that is triggered by Motion or Sound detection.<br>• Tap **Account** 👥 to access user **Profile**, subscription **Plan**, **Notifications** setting, **Remote Connection Setting** and **About Hubble** |
| 📷 | Photo/Video | • Take a photo or record a video from your Camera.<br>• Tap the Video icon 🎬 to activate Video function. Tap and hold the red button 🔴 to start recording and release to stop.<br>• Tap the Camera icon 📷 to switch to Camera mode. You can capture photos from Camera view.<br>*NOTE*<br>*Photos and videos will be stored in the internal flash memory of your smart device, and can be accessed via the Gallery or Media Player (Android$^{TM}$ Device). To play videos, please use the Hubble App.* |

Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32)