# EXHIBIT D

## PORTUS v. Motorola Mobility LLC
## Infringement Chart for U.S. Patent No. 9,961,097

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| 1. A system for remote access of a user premises comprising: | Binatone Electronics International Ltd. provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Binatone Electronics International Ltd. provides MBP855 Connect / VM855 Connect series; Motorola Halo+ (MBP944CONNECT) deployed within a home (user premises) and connected to Hubble app server for remote monitoring/control) for remote access of user premises networks located in respective user premises,<br><br><br><br>Source:                        https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20rechargeable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead_pdf |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
|  | ▶ Motorola MBP8 Digital Audio Baby Monitor System<br><br>**Certifications & Resources**<br><br>| Device Name | Model | Certification Type | Certification Date |<br>|---|---|---|---|<br>| MBP8 | MBP8 | ERAC 🇪 | 2019-09-23 |<br>| ▶ ERAC Certification Details | | | |<br>| Motorola MBP854CONNECT Dual Mode Baby Monitor with 4.3-Inch LCD Parent Monitor and Wi-Fi Internet Viewing 4.3" Screen - 1 Camera | MBP854CONNECT | Specs | N/A |<br>| 4.3" Wi-Fi Video Baby Monitor | 4.3 Wi-Fi Video Baby Monitor, MBP846CONNECT, MBP846CONNECT-2, MBP846CONNECT-3, MBP846CONNECT-4 | User Guide | 2020-04-25 |<br>| 5" Portable Digital Video Baby Monitor With Wi-Fi | motorola, Portable Digital Video Baby Monitor, MBP855CONNECT, MBP855CONNECT-2, MBP855CONNECT-3, MBP855CONNECT-4 | User Guide | 2017-02-10 |<br>| WiFi Camera | MBP88CONNECT, WiFi Camera | User Guide | 2017-08-04 |<br>| MBP855CONNECT 5 Inch Wi-Fi Video Baby Monitor | MBP855BU, VLJ-MBP855BU, VLJMBP855BU, MBP855CONNECT 5 Inch Wi-Fi Video Baby Monitor, MBP855CONNECT, 5 Inch Wi-Fi Video Baby Monitor | User Guide | 2020-12-15 |<br><br>Source: https://device.report/motorola/mbp8 |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (user's phone (Hubble app); and the control panel of the parent unit screen when it registers/interacts with Hubble cloud), a second hardware processing circuitry (Hubble server) located in a first network (Hubble server network)<br><br>The hubbleconnected.com site is operated by Exclusive Group LLC dba Binatone North America (referred to as "Binatone/we/our/us"), a company registered in the United States of America under company EIN 26-3962116 and with its registered office at 11550 North Meridian Street, Suite 525, Carmel, IN 46032, North America.<br><br>The Products are offered to consumers through the hubbleconnected.com eCommerce platform for products offered by Binatone Electronics International Limited ('BEIL'), an official MOTOROLA licensee. The MOTOROLA products on the Service are provided by BEIL and the Service is operated and supported by Binatone North America. The product catalogue is kept up-to-date to ensure that this Service has the most current information about the products found on this Website, sourced directly from BEIL. As a part of the Service materials will be translated into languages other than English and provided for reference to users of the Website.<br><br>Source: https://hubbleconnected.com/policies/terms-of-service |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/hubble-connected-for-motorola/id796352577 |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | **Important guidelines for installing your Baby Monitor**<br><br>• To use your Video Monitor Baby and Parent Units together, you must be able to establish a radio link between them, and the range will be affected by environmental conditions.<br>• Any large metal object, like a refrigerator, a mirror, a filing cabinet, metallic doors or reinforced concrete between the Baby and Parent Unit may block the radio signal.<br>• The signal strength may also be reduced by other solid structures, like walls, or by radio or electrical equipment, such as TVs, computers, cordless or mobile phones, fluorescent lights or dimmer switches.<br>• Use of other 2.4 GHz products, such as wireless networks (Wi-Fi® routers), Bluetooth™ systems, or microwave ovens, may cause interference with this product, so keep the Baby Monitor at least 5 feet away from these types of products, or turn them off if they appear to be causing interference<br>• If the signal is weak, try moving the Parent and/or the Baby Unit to different positions in the room(s).<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 5) |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | Source: https://us.amazon.com/Motorola-MBP855CONNECT-Portable-Baby-Monitor/dp/B01N807E5P#:~:text=Portable%2C%20Battery%2DPowered%20Camera%0A%0AThe%20two%20recharg eable%20cameras%20are,bring%20them%20with%20you%20during%20family%20outings. |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | Communication components of Baby unit acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For Example, Baby unit has Wifi connection which can manage photo sensors, temperature sensor. Communication components of Baby unit is a connection gateway between Hubble server and camera, sensors. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | <br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 22) |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | ## Overview of Your Baby Unit<br><br>1. **Photo sensor (night vision mode)**<br>2. **Camera lens**<br>3. **Infrared LEDs (x8, for night vision)**<br>4. **Power LED**<br>    It turns on when linked to the parent unit.<br>5. **Microphone**<br>6. **Power on/off switch**<br>7. **Temperature sensor**<br>8. **Power socket**<br>9. **PAIR button (bottom)**<br>10. **Speaker**<br>11. **Flexible grip mounting screw hole**<br>12. **Antenna**<br><br>Source: Source: https://motorolanursery.com/media/i3em0w2d/vm855-connect-ug-en-eu-us-v4.pdf<br><br>(page 5) |
| [1C] wherein: the second hardware processing circuitry is | The second hardware processing circuitry (Hubble server) is external to the user premises, is accessible via the access browser module (user's phone (Hubble app)); and parent unit and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 22) |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of | the connection gateway (Communication components of Baby unit of Baby unit)  is integrated with or communicatively coupled to one or more networked components (camera and sensors.)  of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| the user premises; and | ### Overview of Your Baby Unit<br><br>1. **Photo sensor (night vision mode)**<br>2. **Camera lens**<br>3. **Infrared LEDs (x8, for night vision)**<br>4. **Power LED**<br>   It turns on when linked to the parent unit.<br>5. **Microphone**<br>6. **Power on/off switch**<br>7. **Temperature sensor**<br>8. **Power socket**<br>9. **PAIR button (bottom)**<br>10. **Speaker**<br>11. **Flexible grip mounting screw hole**<br>12. **Antenna**<br><br>Source: Source: https://motorolanursery.com/media/i3em0w2d/vm855-connect-ug-en-eu-us-v4.pdf (page 5) |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>User operates the mobile app (access browser) to reach the server and access camera information/streams and settings; user interaction (selecting device/live view) triggers access to service endpoints (URLs). |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | 5.5.2  Overview of the Features on Hubble App<br><br>**☰ Menu**<br>• Tap **Cameras** 📷 to access the camera list.<br>• Tap **Event Log** 📋 to access the video record list that is triggered by Motion or Sound detection.<br>• Tap **Account** 👥 to access user **Profile**, subscription **Plan**, **Notifications** setting, **Remote Connection Setting** and **About Hubble**<br><br>**📷 Photo/Video**<br>• Take a photo or record a video from your Camera.<br>• Tap the Video icon 🎥 to activate Video function. Tap and hold the red button 🔴 to start recording and release to stop.<br>• Tap the Camera icon 📷 to switch to Camera mode. You can capture photos from Camera view.<br><br>*NOTE*<br>*Photos and videos will be stored in the internal flash memory of your smart device, and can be accessed via the Gallery or Media Player (Android™ Device). To play videos, please use the Hubble App.*<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32)<br><br>Begins a sequence in which the second hardware processing circuitry(Hubble server)   responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (Hubble server)   and the at least one networked component (camera and sensors) of the local network. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|

5.5.2    Overview of the Features on Hubble App

| ☰ | Menu | • Tap **Cameras** 📷 to access the camera list.<br>• Tap **Event Log** to access the video record list that is triggered by Motion or Sound detection.<br>• Tap **Account** to access user **Profile**, subscription **Plan**, **Notifications** setting, **Remote Connection Setting** and **About Hubble** |
|---|---|---|
| ⊙ | Photo/Video | • Take a photo or record a video from your Camera.<br>• Tap the Video icon to activate Video function. Tap and hold the red button to start recording and release to stop.<br>• Tap the Camera icon to switch to Camera mode. You can capture photos from Camera view.<br><br>*NOTE*<br>*Photos and videos will be stored in the internal flash memory of your smart device, and can be accessed via the Gallery or Media Player (Android$^{TM}$ Device). To play videos, please use the Hubble App.* |

Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32)

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| | <br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 33) |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Hubble Account) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br>Once a camera is registered to a user account, the Hubble server can remotely access that camera for monitoring and control functions through the Hubble app. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| |  Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 22) |
| [1G] the user premises is one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located | The user premises is one of a plurality of user premises (the system can control several home), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  Baby unit), and to each of which the second hardware processing circuitry (Hubble server) is configured to connect. |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | **5.3   Set up the camera**<br><br>Connect the Wi-Fi® camera (baby unit) to the power adaptor, then plug into the wall socket. The camera must be within range of the Wi-Fi® router with which you want to connect. Make sure the password of the router is available for entering during the in-app setup process.<br><br>The following table shows the meanings of different LED connection status.<br><br>**State** — **LED indication**<br>Pair / Setup — Flashes blue and red<br>Connected — Solid blue<br>Video streaming — Flashes blue<br><br>**5.3.1   Set up user account and camera on your devices**<br><br>You will need:<br><br>• Wi-Fi® camera (baby unit)<br>• Power adaptor for the camera<br>• Device with Android™ system version 7.0 and above, or<br>• iPhone®/iPad® with iOS version 10.0 and above<br><br>Source: https://motorolanursery.com/media/i3em0w2d/vm855-connect-ug-en-eu-us-v4.pdf<br><br>(page 22) |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | Camera Setting: You can change the Camera settings by tapping on the Settings icon.<br>• ap **Details** to review Camera Name, Cloud Subscription, Change Image, Timezone, Camera Model, Firmware Version and Delete All Events.<br>• ap **Notifications** to set the sensitivity of Sound Detection, Motion Detection and to set Alerts for High temperature (Up to 33 °C or 91 °F) / Low temperature (down to 10° C or 50 °F).<br>• ap **Settings** to set Ceiling mount, Brightness and Volume.<br><br>Add Camera: Enter Add Camera procedures.<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 34) |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data indicates authority to access, | The sequence further includes the second hardware (Hubble server) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device registered to Hubble account can be accessed) |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | <br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 22) |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data,<br><br>The device registered to Hubble account can be controlled, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data. |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| authentication data indicates authority to access upon verification of the authentication data, and | <br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 29) |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | <br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 22) |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first network for subsequent | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (camera and sensors) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitored ) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| review by a user associated with the user premises, without requiring the user to provide the authentication data, and | 5.5.2    Overview of the Features on Hubble App<br><br>| ☰ | Menu | • Tap **Cameras** 📷 to access the camera list.<br>• Tap **Event Log** 📋 to access the video record list that is triggered by Motion or Sound detection.<br>• Tap **Account** 👥 to access user **Profile**, subscription **Plan**, **Notifications** setting, **Remote Connection Setting** and **About Hubble** |<br>| 📷 | Photo/Video | • Take a photo or record a video from your Camera.<br>• Tap the Video icon 🎥 to activate Video function. Tap and hold the red button 🔴 to start recording and release to stop.<br>• Tap the Camera icon 📷 to switch to Camera mode. You can capture photos from Camera view.<br>**NOTE**<br>*Photos and videos will be stored in the internal flash memory of your smart device, and can be accessed via the Gallery or Media Player (Android$^{TM}$ Device). To play videos, please use the Hubble App.* |<br><br>Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32) |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information(history) in the first network via the access browser module (Hubble app)<br><br>The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information (play videos records) in the first network via the access browser module (Hubble app) |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| the first network via the access browser module. |

Source: https://device.report/m/834c43f9f41b89bbd0d6130a0a7d29000bfd8727aab05106b5b1f452ccc7fead (page 32) |